IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL BEATON,
for JANIE BEATON,

        Plaintiff,                      CIV S-11-0157 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.                 <u>ORDER</u>
_____/

        By order filed October 18, 2011, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. In that order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was also informed that failure to file an amended complaint would result in dismissal of the action. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\

\\\\

\\\\

\\\\

1   Plaintiff has apparently decided to rest on the dismissed complaint. For the
2   reasons given in the October 18, 2011 order, IT IS HEREBY ORDERED that this action is
3   dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).
4   DATED: December 1, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Beaton0157.fr.wpd